No. 178. THE MONROSA ET AL. v. CARBON BLACK EXPORT, INC., *ante*, p. 180;

No. 716. PECKHAM v. CASALDUC, TRUSTEE OF RONRICO CORPORATION, ET AL., *ante*, p. 958;

No. 736. BRIGHT LEAF INDUSTRIES, INC., v. STABLER. ET AL., *ante*, p. 960;

No. 397, Misc. STARR v. UNITED STATES, *ante*, p. 936;

No. 580, Misc. MINTON v. ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 955;

No. 582, Misc. HOLLIS v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 971; and

No. 589, Misc. WORLEY, ADMINISTRATRIX, ET AL. v. DUNN, TRUSTEE IN BANKRUPTCY, ET AL., *ante*, p. 955. Petitions for rehearing denied.

No. 581, Misc. BRISTOL ET AL. v. HEATON ET AL., *ante*, p. 230. Petition for rehearing denied. MR. JUSTICE DOUGLAS is of the opinion that a rehearing should be granted.

MAY 22, 1959.

No. 874, Misc., October Term, 1957. RISER v. TEETS, WARDEN, 357 U. S. 944. The motion for leave to file a petition for rehearing and recall of order denying certiorari is denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *George T. Davis* for petitioner.

MAY 25, 1959.

No. 894, Misc. DUNCAN v. CALIFORNIA. Motion for leave to file petition for writ of habeas corpus denied.